# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 11, 2024

Lyle W. Cayce
Clerk

No. 23-20345
Summary Calendar

———————————

United States of America,

*Plaintiff—Appellee*,

*versus*

Rasiel Gutierrez Moreno,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:18-CR-693-1

_____

Before Dennis, Wilson, and Ramirez, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Rasiel Gutierrez Moreno has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Gutierrez Moreno has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected

_____

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-20345

therein.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.